STATE of Missouri, Respondent,

v.

Harry E. BERNHARDY, Appellant.

No. WD 39200.

Missouri Court of Appeals,
Western District.

March 1, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Donald L. Cain, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

### Order

PER CURIAM.

Appeal from conviction of sodomy, § 566.060 RSMo 1986, and sentence of five years' imprisonment.

Affirmed. Rule 30.25(b).